UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST, NORTHWEST LABORERS-EMPLOYERS TRAINING TRUST, and WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS AND ITS AFFILIATED UNION LOCALS<br><br>Plaintiffs<br><br>v.<br><br>NATIONAL CONCRETE CUTTING, INC.<br><br>Defendant | NO.<br><br>COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT |

COME NOW PLAINTIFFS, and for their cause of action, allege as follows:

1. Plaintiffs Northwest Laborers-Employers Health & Security Trust, Western Washington Laborers-Employers Pension Trust, and Northwest Laborers-Employers Training Trust (Trusts) are joint labor-management employee benefit trusts created pursuant to § 302(c)(5) of the Labor-Management Relations Act (the Act), 29 U.S.C. § 186(c)(5) and bring this action in accordance with §§ 502(d)(1), 502(a)(3) and 515 of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001, et seq.

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—1

2. Plaintiff Washington and Northern Idaho District Council of Laborers and its affiliated Union Locals (Union) is a labor organization that has its principal office located at 3909 164th Street SW, Lynnwood, Washington.

3. Defendant National Concrete Cutting, Inc. (Employer) is engaged in business within the jurisdiction of this Court, and such business affects commerce within the meaning of § 301(a) of the Act, 29 U.S.C. § 185(a).

4. Jurisdiction is conferred on this Court by § 301(a) of the Act, 29 U.S.C. § 185(a) and §§ 502(a)(3) and 502(e)(2) of ERISA, 29 U.S.C. § 1132(a)(3) and § 1132(e)(2).

5. At all times material the Employer and the Union and its affiliated Local 242 were parties to a collective bargaining agreement (Labor Agreement) and Trust agreements, material parts of which are attached to this Complaint as Exhibits A and B, respectively.  Plaintiff Trusts are third-party beneficiaries to the Labor Agreement.

6. The Employer has failed to abide by the terms and conditions set forth in the Labor Agreement and Trust Agreements, and is and continues to be delinquent in the payment of fringe benefit contributions, dues, and other wage deductions in the known amount of $5,409.32 for the period November 2015 through September 2017.  As a result of this delinquency, the Employer also owes liquidated damages of $664.78, and interest of $619.87.  The total known amount owing as of the filing of this Complaint is $6,693.97, all of which is due and payable under the terms of the Labor Agreement and Trust Agreements.  The Employer's failure to pay is also a violation of § 515 of ERISA, 29 U.S.C. § 1145.

7. Under the terms of the Labor Agreement and Trust Agreements to which the Employer is bound, the Employer is also obligated to pay all liquidated damages in the amount of 15

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—2

percent (15%) of the delinquent contributions owing, interest computed at the rate of 15 percent (15%) per annum, and costs and expenses incurred, including reasonable attorney fees.

8.  If judgment is entered by default, a reasonable attorney fees as of the date of this Complaint is $1,200.00.

WHEREFORE, Plaintiffs pray for the following relief:

(a) Judgment against Defendant National Concrete Cutting, Inc. for the period November 2015 through September 2017, fringe benefit contributions and wage deductions of $5,409.32, liquidated damages of $664.78, and interest of $619.87;

(b) All costs and attorney fees incurred; and

(c) Such other relief as the Court deems just and equitable.

DATED June 21, 2018

/s Mary L. Stoll
Mary L. Stoll, WSBA No. 16446
Attorney for Plaintiff Trusts and Union
STOLL LAW GROUP, PLLC
2033 6th Avenue, Suite 993
Seattle WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805
Email marys@mlstoll-law.com

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—3

STOLL LAW GROUP, PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805