HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al.<br><br>　　　　　　　　　Plaintiffs<br>　v.<br>NATIONAL CONCRETE CUTTING, INC.<br><br>　　　　　　　　　Defendant | NO. 2:18-cv-00913-RSM<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>**Clerk's Action Required** |

TO:　CLERK OF THE COURT

**NOTICE IS HEREBY GIVEN** that pursuant to FRCP 41, Plaintiff Trust Funds and District Council voluntarily dismiss the above-entitled action without prejudice and without costs.

DATED July 18, 2018

s/ Mary L. Stoll
Mary L. Stoll, WSBA No. 16446
STOLL LAW GROUP, PLLC
2033 Sixth Avenue, Suite 993
Seattle WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805
Email marys@mlstoll-law.com

NTC. OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE—1
Case No. 2:18-cv-00913-RSM

**Stoll Law Group**, PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805